# APPENDIX A

FILED IN OFFICE
CLERK STATE COURT
GWINNETT COUNTY, GA

2007 AUG 17 AM 10: 07

TOM LAWLER, CLERK

STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

HSBC BANK NEVADA, N.A. AS SUCC

    Plaintiff,

vs

KEITH DAVIDSON

    Defendant.

Redacted

CIVIL ACTION FILE #

07-C11930-2

## COMPLAINT ON AN ACCOUNT

COMES NOW Plaintiff in the above-stated action and shows the Court the following:

    1. That Defendant is a resident of said County and State and is therefore subject to the jurisdiction of this Court.

    2. The Defendant is indebted to the Plaintiff in the sum of $1,059.68 as a balance due on account for charges incurred by Defendant under a credit card account (no. 5458002212047155) and credit privileges provided by Plaintiff's Predecessor to Defendant which account has been assigned to Plaintiff.

    3. Demand has been made upon said Defendant for the balance due. Despite said demand the Defendant has failed and refused to pay.

    4. Pursuant to 15 USCA 1692 et al, the following is stated: Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that the debt, or any portion thereof is disputed, this office will obtain verification of the debt or obtain a copy of the judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

LAW OFFICES
OF
ROSS GELFAND
3 MINHINETTE DRIVE
SUITE 150
WELL, GEORGIA 30075

(770) 840-8482
FAX (770) 840-8573

RAND@TRUSTED.NET
COLLECTIONFIRM.NET

Redacted

WHEREFORE, Plaintiff demands judgment against the Defendant for the principal sum of $1,059.68, $24.02 interest, with interest accruing on the aforesaid principal balance at the rate of seven percent (7%) per annum from the date of filing plus all costs of this action. Plaintiff also prays for Post Judgment interest accruing at the legal rate from the date of the Judgment.

DATE:  March 14, 2007.

Barbara Miciul
Attorney for Plaintiff
Georgia State Bar No. 139210

Prepared by:
Barbara Miciul
Attorney at Law
1265 Minhinette Drive
Suite 150
P.O. Box 1870
Roswell, Georgia  30075
(770) 840-8482

LAW OFFICES
OF
OSS GELFAND
MINHINETTE DRIVE
SUITE 150
VELL, GEORGIA 30075

(770) 840-8482
FAX (770) 840-8575

AND@TRUSTED.NET
COLLECTIONFIRM.NET