# APPENDIX C

Redacted

IN THE MAGISTRATE COURT OF GWINNETT COUNTY, STATE OF GEORGIA

Capital One Bank (USA), N.A.

c/o Gerald E. Moore & Assoc., P. O. Box 876, Smyrna GA 30081

vs.

**KEITH DAVIDSON**

Plaintiff(s)

Defendant(s)

Telephone

Clerk, Gwinnett Magistrate Court, P.O. Box 246
Lawrenceville, GA 30046-0246 (770.822.8100, Ext. Civil Division)

Civil Action No. **12 M-32119**

INFO & FORMS ON INTERNET
www.gwinnettcourts.com
E-mail: mag@gwinnettcounty.com

## STATEMENT OF CLAIM

[X] Suit on Note    [X] Suit on Account    [ ] Other _____

1. The Court has jurisdiction over the defendant(s)  [X] the Defendant(s) is a resident of Gwinnett County;  [ ] Other (please specify):

2. Plaintiff(s) claims the Defendant(s) is/are indebted to the Plaintiff as follows: (You must include a brief statement giving reasonable notice of the basis for each claim contained in the Statement of Claim)

The Defendant(s) owes the Plaintiff the below principal balance plus accrued interest arising from a default on a credit card account/agreement. Attached hereto as Exhibit "A" is a true and correct copy of Plaintiff's business records that support its claim.

Defendant(s) has ten (10) days from receipt of this notice within which to pay the principal.

3. That said claim is in the amount of: $1,149.96  principal, plus $59.00

costs to date, and all future costs of this suit.

State of Georgia, Gwinnett County:

John M. Duffoo, GBN 231973 / Gerald E. Moore, GBN 519195
the amount owing by defendant to plaintiff, exclusive of all set-offs and just grounds of defense

Sworn and subscribed before me this

10 day of August 20 12

Notary Public/Attesting Official

FILED IN OFFICE
CLERK MAGISTRATE COURT
GWINNETT COUNTY, GA
2012 AUG 27 AM 10:19
RICHARD ALEXANDER, CLERK

being duly sworn on oath says the foregoing is a just and true statement

John M. Duffoo, GBN 231973 / Gerald E. Moore, GBN 519195
P. O. Box 876, Smyrna GA 30081
**ATTORNEYS FOR PLAINTIFF**
(If Agent -- Title or Capacity)  (678) 322-3262 (Settlements)
Day Time Phone Number  (678) 385-5353-Office

request a civil trial [X] during normal business hours  - OR -  [ ] 6:30 PM, evening trials. ALL CONFLICTS ARE SCHEDULED FOR 6:30 PM.

TO: All Defendant(s)

### NOTICE AND SUMMONS

You are hereby notified that the above named Plaintiff(s) has/have made a claim and is requesting judgment against you in the sum shown by the foregoing statement. YOU ARE REQUIRED TO FILE or PRESENT AN ANSWER (answer forms can be obtained from the above listed web-site or clerk's office) TO THIS CLAIM WITHIN 30 DAYS AFTER SERVICE OF THIS CLAIM UPON YOU. IF YOU DO NOT ANSWER, JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU. YOUR ANSWER MAY BE FILED IN WRITING OR MAY BE GIVEN ORALLY TO THE JUDGE. If you choose to file your answer orally, it MUST BE IN OPEN COURT IN PERSON and within the 30 day period. NO TELEPHONE ANSWERS ARE PERMITTED. The court will hold a hearing on this claim at the Gwinnett Justice & Administration Center, 75 Langley Dr., Lawrenceville, GA 30046, at a time to be scheduled after your answer is filed. You may come to court with or without an attorney. If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them to court at the time of your hearing. If you want witnesses or documents subpoenaed, see a staff person in the Clerk's office for assistance. If you have a claim against the Plaintiff, you should notify the court by immediately filing a written answer and counterclaim. If you admit to the Plaintiff's claim but need additional time to pay, you must come to the hearing in person and tell the court your financial circumstances. Your answer must be RECEIVED by the clerk within 30 days of the date of service. If you are uncertain whether your answer will timely arrive by mail, file your answer in person at the clerk's office during normal business hours.

Filed this 27 day of Aug 20 12

_____
Magistrate or Deputy Clerk of Court

10041579    See Instructions on Reverse Side of This of this Document

JJL PROCESS CORP.
678-619-4777

Aug 10