# APPENDIX D



STATE OF VIRGINIA
CITY OF CHESAPEAKE

Redacted

On ~~08/07/2012~~, ~~Jocelyn Faircloth-Boone~~ ~~stated under oath:~~

1. My Name is Jocelyn Faircloth-Boone. I am over the age of eighteen and authorized to make this Affidavit on behalf of Capital One Bank (USA), N.A.
(Identified in this affidavit as "Capital One"), assignee of HSBC BANK NEVADA, N.A.

The facts stated herein are within my personal knowledge and are true and correct and are based on my review of the books and records of Capital One. If called as a witness, I can testify competently to the facts contained herein.

2. On or about 05/01/2012, HSBC sold account numbered ************ 7155 in the name of Keith Davidson by a Purchase and Assumption Agreement and a Bill of Sale to Capital One. As part of the sale of the Sold Account, certain of HSBC's records relating to the Sold Account were transferred to Capital One. Those records were made and/or recorded as part of the regular course of business of HSBC at or near the time of the acts, events, conditions or methods recorded. Because of the sale of the Sold Account, Capital One became the owner of the Sold Account on the date of sale.

Date: 8/7/12

City / County of Chesapeake
Commonwealth of Virginia

Signature of Affiant Identified Above

The foregoing instrument was subscribed and sworn before me this August 7, 2012 by

Jocelyn Faircloth- Boone
Name of Affiant

Notary Public

Notary registration number: 7515020

My commission expires: April 30, 2016

(Notary seal: STEPHANIE CHAVEZ GLOVER, COMMONWEALTH, REGISTRATION NO. 7515020, MY COMM. EXPIRES 04/30/2016, OF VIRGINIA, NOTARY PUBLIC)

Affidavit of Sale Individual Account COF 042612.2